*Eastern Dist.*
*February, 1840.*

ADAMS,
SYNDIC, &c.
*vs.*
HALL.

---

### ADAMS, SYNDIC, &c. *vs.* HALL.

#### APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

Judgment affirmed, with ten per cent. damages as a delay case.

This suit is against the maker of a promissory note, who put in the plea of the general issue, but made no defence.

There was judgment for the plaintiff, and the defendant appealed.

*J. Slidell,* for the plaintiff.

*Benjamin,* contra.

*Morphy, J.,* delivered the opinion of the court.

The appellant having made no defence below on his note of hand, we consider his appeal as taken solely for delay, and grant the appellee's prayer for damages.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs and ten per cent. damages.